ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - ) | |
| ) | |
| AQ Global for General Trading & ) | ASBCA No. 64488 |
| Contracting CO W.L.L. ) | |
| ) | |
| Under Contract No. FA5703-19-D-0001 ) | |

APPEARANCE FOR THE APPELLANT:          Mr. Mathew Thomas
                                                                     Group Chief Executive Officer

APPEARANCES FOR THE GOVERNMENT:   Caryl A. Potter, III, Esq.
                                                                     Air Force Deputy Chief Trial Attorney
                                                                     Geoffrey R. Townsend, Esq.
                                                                     Trial Attorney

ORDER OF DISMISSAL

By correspondence dated April 14, 2026, appellant requested that this appeal be dismissed without prejudice. The government consents to this request. Accordingly, the appeal has been withdrawn and it is dismissed from the Board's docket without prejudice.

Dated: April 20, 2026

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64488, Appeal of AQ Global for General Trading & Contracting CO W.L.L., rendered in conformance with the Board's Charter.

Dated: April 20, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals